United States Bankruptcy Court
Middle District of Alabama

In re:  
Charles McAllister and  
Patrice McAllister  

Case No._____

Chapter __7__

Debtor(s)

**Statement Under Penalty of Perjury Concerning Payment Advices**
**Due Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

I*, _Charles McAllister_____ (Debtor's Name), state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    a)  I was not employed during the period immediately preceding the filing of the above-referenced case _____ (enter dates not employed);

    b)  I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

    ✓  c)  I am self-employed and do not receive any evidence of payment;

    d)  Other (Please Explain )

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: __6/17/2020__    Debtor: _/s/ Charles McAllister_

* A separate form must be filed by each Debtor.