

## Certificate of Debtor Education

I certify that on 09/02/2020 , Charles McAllister

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Middle District of Alabama .

Case Number: 20-80689

Certificate Number: 20209220614

                                      Signed: /s/ Allison Geving, Ph.D.

                                      Title:  President, Sage Personal Finance